# ELECTRONIC RECORD

*1675-14*

COA # <u>09-13-00582-CR</u>

OFFENSE: <u>SEXUAL ASSAULT</u>

STYLE: <u>SEMIEN, WILLIAM PAUL</u>

COUNTY: <u>Jefferson</u>

COA DISPOSITION: <u>AFFIRM</u>

TRIAL COURT: <u>Criminal District Court</u>

DATE: <u>11/19/2014</u>          Publish: <u>NO</u>

TC CASE #: <u>13-17919</u>

# IN THE COURT OF CRIMINAL APPEALS

STYLE: <u>SEMIEN, WILLIAM PAUL v.</u>

CCA #: *1675-14*

<u>PRO SE</u> Petition

CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:

DATE: _____

<u>DISMISSED AS UNTIMELY</u>

JUDGE: _____

DATE: <u>3/18/2015</u>

SIGNED: _____     PC: _____

JUDGE: <u>Per Curiam</u>

PUBLISH: _____     DNP: _____

------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD